| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / VOD 24270413 | 01/ | 1115510 | 1 of 1 |

# Earnings Statement

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Period Starting: 10/13/2019
Period Ending: 10/19/2019
Pay Date: 10/25/2019

ADP

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 0   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.8000 | 40.00 | 512.00 | 2560.00 |
| Overtime | 19.2000 | 18.00 | 345.60 | 1804.80 |
| Bonus | | 0.00 | 300.00 | 300.00 |
| Gross Pay | | | $1,157.60 | $4,664.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -158.95 | 511.81 |
| Social Security | -71.77 | 289.22 |
| Medicare | -16.79 | 67.64 |
| Pennsylvania State Income | -35.54 | 143.22 |
| Pennsylvania State UI | -0.69 | 2.80 |
| Phila R Local Income | -44.81 | 180.58 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Advance | 0.00 | 300.00 |

| Net Pay | $829.05 | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 58.00 | 287.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5514 | XXXXXXXXX | 829.05 |

**Important Notes**
Pay Period - 10/13/2019 - 10/19/2019

Your federal taxable wages this period are $1,157.60

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Pay Date: 10/25/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5514 | XXXXXXXXX | 829.05 |

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RB / VOD 24270413 | 01/ | 1104883 | 1 of 1 | | |

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Period Starting: 09/29/2019
Period Ending: 10/12/2019
Pay Date: 10/18/2019

ADP

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  0                  Federal:
  State:    0                  State:
  Local:    0                  Local:
Social Security Number:      XXX-XX-XXXX

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.8000 | 80.00 | 1024.00 | 2048.00 |
| Overtime | 19.2000 | 37.00 | 710.40 | 1459.20 |
| Gross Pay | | | $1,734.40 | $3,507.20 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 117.00 | 229.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.13 | 352.86 |
| Social Security | -107.54 | 217.45 |
| Medicare | -25.14 | 50.85 |
| Pennsylvania State Income | -53.25 | 107.68 |
| Pennsylvania State UI | -1.05 | 2.11 |
| Phila R Local Income | -67.14 | 135.77 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Advance | -300.00 | 300.00 |

| Net Pay | | $990.15 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5514 | XXXXXXXXX | 990.15 |

Your federal taxable wages this period are $1,734.40

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Pay Date:    10/18/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5514 | XXXXXXXXX | 990.15 |

THIS IS NOT A CHECK

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / VOD 24270413 | 01/ | 1070107 | 1 of 1 |

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

# Earnings Statement

**ADP**

Period Starting: 09/15/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:  0                   Federal:
  State:    0                   State:
  Local:    0                   Local:
Social Security Number: XXX-XX-XXXX

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.8000 | 40.00 | 512.00 | 1024.00 |
| Overtime | 19.2000 | 18.00 | 345.60 | 748.80 |
| Gross Pay | | | $857.60 | $1,772.80 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 58.00 | 112.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -77.91 | 162.73 |
| Social Security | -53.17 | 109.91 |
| Medicare | -12.44 | 25.71 |
| Pennsylvania State Income | -26.33 | 54.43 |
| Pennsylvania State UI | -0.51 | 1.06 |
| Phila R Local Income | -33.20 | 68.63 |

**Net Pay** $654.04

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5514 | XXXXXXXXX | 654.04 |

Your federal taxable wages this period are $857.60

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Pay Date: 10/04/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5514 | XXXXXXXXX | 654.04 |

THIS IS NOT A CHECK

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / VOD 24270413 | 01/ | 628311 | 1 of 1 |

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

# Earnings Statement

ADP

Period Starting: 09/15/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0     Federal: 84.82 Flat
  State: 0       State: 28.10 Flat
  Local: 0       Local: 35.43 Flat
Social Security Number: XXX-XX-XXXX

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.8000 | 40.00 | 512.00 | 512.00 |
| Overtime | 28.8000 | 14.00 | 403.20 | 403.20 |
| Gross Pay | | | $915.20 | $1,772.80 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 54.00 | 112.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.82 | 84.82 |
| Social Security | -56.74 | 56.74 |
| Medicare | -13.27 | 13.27 |
| Pennsylvania State Income | -28.10 | 28.10 |
| Pennsylvania State UI | -0.55 | 0.55 |
| Phila R Local Income | -35.43 | 35.43 |
| Net Pay | $696.29 | |

Your federal taxable wages this period are $915.20

62-8/311

Apex Home Care Inc
319 3rd Ave
Newtown Square, PA 19073-3136

Payroll Check Number: 628311
Pay Date: 10/04/2019

Pay to the order of: **Nicole Williams**
This amount: SIX HUNDRED NINETY SIX AND 29/100

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$696.29

PNC Bank

Nicole Williams
58 Lloyd Street
Bristol, PA 19007

Oct. 3, 2019

**S & K HOLDINGS, INC.**
For the Benefit of

**PRN MEDICAL STAFFING OF LEWIS**
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | | |
|---|---|---|
| Single | # Allow | 1 |
| Hire Date | | 04/12/18 |
| Social Security #: | | 9365 |
| Department: | | 300 PA LOCA |
| Employee ID: | | 115 |
| Period Begin: | | 09/08/19 |
| Period End: | | 09/21/19 |
| Check Date: | | 10/03/19 |
| Check Number: | | 1849 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 48.00 | 600.00 | 18,858.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 16.00 | 300.00 | 8,268.75 |

| Total Wages | | 64.00 | 900.00 | 27,375.00 |
|---|---|---|---|---|

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 55.80 | 1,697.25 |
| FICA-MED | 13.05 | 396.94 |
| FIT | 63.62 | 2,397.40 |
| Pennsylvania SUI | 0.54 | 16.42 |

| Total Withholdings | 133.01 | 4,508.01 |
|---|---|---|

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 0.00 | 0.00 |
| Dir Dep Acct | Amount | YTD |
| 5514 | 766.99 | 23,036.99 |
| Dir Dep Total | 766.99 | 23,036.99 |

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                                                     1849

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                            Check date:   10/03/19

Pay to the order of: Nicole Williams                                  $ *************0.00

**Zero  and  00/100***************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | | |
|---|---|---|
| Single | # Allow | 1 |
| Hire Date | | 04/12/18 |
| Social Security #: | | 9385 |
| Department: | | 300 PA LOCA |
| Employee ID: | | 115 |
| Period Begin: | | 08/25/19 |
| Period End: | | 09/07/19 |
| Check Date: | | 09/19/19 |
| Check Number: | | 1752 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 72.00 | 900.00 | 16,056.25 |
| 155 MISC | | | 0.00 | 170.00 |
| 102 HOLIDAY | 12.50 | | 0.00 | 0.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 7,968.75 |
| 102 HOLIDAY | | 8.00 | 150.00 | |
| Total Wages | | 112.00 | 1,650.00 | 26,475.00 |

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 102.30 | 1,641.45 |
| FICA-MED | 23.93 | 383.89 |
| FIT | 153.62 | 2,333.75 |
| Pennsylvania SUI | 0.99 | 15.86 |
| Total Withholdings | 280.84 | 4,375.00 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 0.00 | 0.00 |

| Dir Dep Acct | Amount | YTD |
|---|---|---|
| 5514 | 1,369.16 | 22,270.00 |
| Dir Dep Total | 1,369.16 | 22,270.00 |

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                                          1752
PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                                Check date:  09/19/19

Pay to the order of:  Nicole Williams                                                            $ *************0.00

**Zero   and   00/100************************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

                                                                Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | |
|---|---|
| Single | # Allow 1 |
| Hire Date | 04/12/18 |
| Social Security #: | 9365 |
| Department: | 300 PA LOCA |
| Employee ID: | 115 |
| Period Begin: | 08/11/19 |
| Period End: | 08/24/19 |
| Check Date: | 09/05/19 |
| Check Number: | 1660 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 17,156.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 7,368.75 |
| Total Wages | | 112.00 | 1,600.00 | 24,625.00 |

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 99.20 | 1,539.15 |
| FICA-MED | 23.20 | 359.98 |
| FIT | 147.62 | 2,180.16 |
| Pennsylvania SUI | 0.96 | 14.69 |
| Total Withholdings | 270.98 | 4,094.16 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| Net Check | Amount | YTD |
|---|---|---|
| | 0.00 | 0.00 |

| Dir Dep Acct | Amount | YTD |
|---|---|---|
| 5514 | 1,329.02 | 20,900.84 |
| Dir Dep Total | 1,329.02 | 20,900.84 |

---

**S & K HOLDINGS, INC.**
For the Benefit of

1660

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Check date:   09/05/19

**Pay to the order of:** Nicole Williams              $ *************0.00

**Zero   and   00/100***********************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

---

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
**PRN MEDICAL STAFFING OF LEWIS**
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Single    # Allow  1
Hire Date         04/12/18
Social Security #:   9365
Department:       300 PA LOCA
Employee ID:      115
Period Begin:     07/28/19
Period End:       08/10/19
Check Date:       08/22/19
Check Number:     1568

| Wages | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 16,158.25 | | | |
| 155 MISC | | | 0.00 | 170.00 | | | |
| OT Wages | Rate | Hours | Amount | YTD | | | |
| 101 HOURLY | 16.75 | 36.00 | 675.00 | 6,768.75 | | | |
| Total Wages | | 116.00 | 1,675.00 | 23,225.00 | | | |
| Withholdings | | | Amount | YTD | | | |
| FICA-SS | | | 103.85 | 1,439.95 | | | |
| FICA-MED | | | 24.28 | 336.76 | Total Deductions | 0.00 | 0.00 |
| FIT | | | 156.62 | 2,032.54 | | Amount | YTD |
| Pennsylvania SUI | | | 1.01 | 13.93 | Net Check | 0.00 | 0.00 |
| | | | | | Dir Dep Acct | Amount | YTD |
| | | | | | 5514 | 1,389.24 | 19,571.82 |
| Total Withholdings | | | 285.76 | 3,823.18 | Dir Dep Total | 1,389.24 | 19,571.82 |

**S & K HOLDINGS, INC.**
For the Benefit of                                                          1568

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                       Check date:   08/22/19

**Pay to the order of:** Nicole Williams                    $ *************0.00

   **Zero   and   00/100**********************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

                                                          Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | |
|---|---|
| Single | # Allow 1 |
| Hire Date | 04/12/18 |
| Social Security #: | 9365 |
| Department: | 300 PA LOCA |
| Employee ID: | 115 |
| Period Begin: | 07/14/19 |
| Period End: | 07/27/19 |
| Check Date: | 08/08/19 |
| Check Number: | 1476 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 15,156.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 6,093.75 |

| Total Wages | | 112.00 | 1,500.00 | 21,550.00 |
|---|---|---|---|---|
| **Withholdings** | | | **Amount** | **YTD** |
| FICA-SS | | | 93.20 | 1,336.10 |
| FICA-MED | | | 23.20 | 312.46 |
| FIT | | | 147.62 | 1,875.92 |
| Pennsylvania SUI | | | 0.86 | 12.92 |

| Deductions | Amount | YTD |
|---|---|---|
| | | |
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Check | 0.00 | 0.00 |
| Dir Dep Acct | Amount | YTD |
| 5514 | 1,329.02 | 19,182.58 |

| Total Withholdings | 270.98 | 3,537.42 | Dir Dep Total | 1,329.02 | 19,182.58 |
|---|---|---|---|---|---|

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                        1476

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Check date:   08/08/19

Pay to the order of: Nicole Williams                               $ ************0.00

**Zero  and  00/100***************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

---

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

S & K HOLDINGS, INC.
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Single    # Allow  1
Hire Date:          04/12/18
Social Security #:  9365
Department:         300 PA LOCA
Employee ID:        115
Period Begin:       06/30/19
Period End:         07/13/19
Check Date:         07/25/19
Check Number:       1376

| Wages | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 101 HOURLY | 12.50 | 72.00 | 900.00 | 14,158.25 | | | |
| 155 MISC | | | 0.00 | 170.00 | | | |
| 102 HOLIDAY | 12.50 | | 0.00 | 0.00 | | | |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 5,493.75 |
| 102 HOLIDAY | | 8.00 | 150.00 | |
| Total Wages | | 112.00 | 1,650.00 | 19,950.00 |

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 102.30 | 1,236.90 |
| FICA-MED | 23.93 | 289.28 |
| FIT | 153.62 | 1,728.30 |
| Pennsylvania SUI | 0.99 | 11.98 |

| | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Check | 0.00 | 0.00 |
| Dir Dep Acct | Amount | YTD |
| 5514 | 1,369.16 | 16,853.56 |

Total Withholdings   280.84   3,266.44    Dir Dep Total    1,369.16   16,853.56

---

S & K HOLDINGS, INC.
For the Benefit of                                                              1376
PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                    Check date:   07/25/19

Pay to the order of: Nicole Williams                            $ ************0.00

**Zero and 00/100******************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

                                                        Authorized Signature

---

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Single    # Allow  1
Hire Date           04/12/18
Social Security #:  9365
Department:         300 PA LOCA
Employee ID:        115
Period Begin:       06/16/19
Period End:         06/29/19
Check Date:         07/11/19
Check Number:       1286

| Wages | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 13,258.25 | | | |
| 155 MISC | | | 0.00 | 170.00 | | | |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 4,892.75 |
| Total Wages | | 112.00 | 1,600.00 | 18,300.00 |

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 99.20 | 1,134.60 |
| FICA-MED | 23.20 | 265.35 |
| FIT | 147.62 | 1,574.68 |
| Pennsylvania SUI | 0.96 | 10.97 |
| Total Withholdings | 270.98 | 2,985.60 |

| Total Deductions | 0.00 | 0.00 |
|---|---|---|
| | Amount | YTD |
| Net Check | 0.00 | 0.00 |
| Dir Dep Acct | Amount | YTD |
| 5514 | 1,329.02 | 15,484.40 |
| Dir Dep Total | 1,329.02 | 15,484.40 |

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                1286
PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                            Check date:   07/11/19

Pay to the order of: Nicole Williams                           $ *************0.00

**Zero   and   00/100***************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

                                                        Authorized Signature


PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | |
|---|---|
| Single | # Allow 1 |
| Hire Date | 04/12/18 |
| Social Security #: | 9365 |
| Department: | 300 PA LOCA |
| Employee ID: | 115 |
| Period Begin: | 06/02/19 |
| Period End: | 06/15/19 |
| Check Date: | 06/27/19 |
| Check Number: | 1193 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 12,258.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 4,299.75 |

| Total Wages | | 112.00 | 1,600.00 | 16,700.00 |
|---|---|---|---|---|

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 99.20 | 1,035.40 |
| FICA-MED | 23.20 | 242.16 |
| FIT | 147.62 | 1,427.06 |
| Pennsylvania SUI | 0.96 | 10.01 |

| Total Withholdings | 270.98 | 2,714.62 |
|---|---|---|

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 0.00 | 0.00 |

| Dir Dep Acct | Amount | YTD |
|---|---|---|
| 5514 | 1,329.02 | 14,155.38 |

| Dir Dep Total | 1,329.02 | 14,155.38 |
|---|---|---|

---

**S & K HOLDINGS, INC.**
For the Benefit of

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

1193

Check date:    06/27/19

Pay to the order of: Nicole Williams                                $ *************0.00

**Zero and 00/100*************************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Single    # Allow    1
Hire Date              04/12/18
Social Security #:     9365
Department:            300 PA LOCA
Employee ID:           115
Period Begin:          05/19/19
Period End:            06/01/19
Check Date:            06/13/19
Check Number:          1100

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 72.00 | 900.00 | 11,258.25 |
| 155 MISC |  |  | 0.00 | 170.00 |
| 102 HOLIDAY | 12.50 |  | 0.00 | 0.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 32.00 | 600.00 | 3,693.75 |
| 102 HOLIDAY |  | 8.00 | 150.00 |  |
| Total Wages |  | 112.00 | 1,650.00 | 15,100.00 |

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 102.30 | 936.20 |
| FICA-MED | 23.92 | 218.95 |
| FIT | 153.62 | 1,279.44 |
| Pennsylvania SUI | 0.99 | 9.05 |
| Total Withholdings | 280.83 | 2,443.64 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
|  | Amount | YTD |
| Net Check | 0.00 | 0.00 |
| Dir Dep Acct | Amount | YTD |
| 5514 | 1,369.17 | 12,826.36 |
| Dir Dep Total | 1,369.17 | 12,826.36 |

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                                            1100

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                                          Check date:    06/13/19

Pay to the order of:  Nicole Williams                                        $ *************0.00

**Zero   and   00/100***************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

_____
Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC,**
For the Benefit of
**PRN MEDICAL STAFFING OF LEWIS**
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | | |
|---|---|---|
| Single | # Allow | 1 |
| Hire Date | | 04/12/18 |
| Social Security #: | | 9365 |
| Department: | | 300 PA LOCA |
| Employee ID: | | 115 |
| Period Begin: | | 04/21/19 |
| Period End: | | 05/04/19 |
| Check Date: | | 05/16/19 |
| Check Number: | | 917 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 9,356.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 18.00 | 337.50 | 2,681.25 |

| Total Wages | | 98.00 | 1,337.50 | 12,037.50 |
|---|---|---|---|---|

| Withholdings | Amount | YTD |
|---|---|---|
| FICA-SS | 82.93 | 746.93 |
| FICA-MED | 19.39 | 174.64 |
| FIT | 118.12 | 1,000.70 |
| Pennsylvania SUI | 0.80 | 7.21 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| Net Check | Amount | YTD |
|---|---|---|
| | 0.00 | 0.00 |

| Dir Dep Acct | Amount | YTD |
|---|---|---|
| 5514 | 1,118.26 | 10,278.72 |

| Total Withholdings | 218.24 | 1,928.78 | Dir Dep Total | 1,118.26 | 10,278.72 |

---

**S & K HOLDINGS, INC.**
For the Benefit of                                                                                       917
PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044                                                Check date:   05/16/19

Pay to the order of: Nicole Williams                                       $ *************0.00

**Zero   and   00/100*************************************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

**S & K HOLDINGS, INC.**
For the Benefit of
PRN MEDICAL STAFFING OF LEWIS
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007

| | | |
|---|---|---|
| Single | # Allow | 1 |
| Hire Date | | 04/12/18 |
| Social Security #: | | 9365 |
| Department: | | 300 PA LOCA |
| Employee ID: | | 115 |
| Period Begin: | | 04/07/19 |
| Period End: | | 04/20/19 |
| Check Date: | | 05/03/19 |
| Check Number: | | 827 |

| Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 12.50 | 80.00 | 1,000.00 | 8,356.25 |
| 155 MISC | | | 0.00 | 170.00 |

| OT Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 101 HOURLY | 18.75 | 18.00 | 337.50 | 2,343.75 |

| Total Wages | | 98.00 | 1,337.50 | 10,700.00 |
|---|---|---|---|---|
| **Withholdings** | | | **Amount** | **YTD** |
| FICA-SS | | | 82.92 | 663.40 |
| FICA-MED | | | 19.39 | 155.16 |
| FIT | | | 116.12 | 884.98 |
| Pennsylvania SUI | | | 0.80 | 6.41 |
| **Total Withholdings** | | | **219.23** | **1,709.54** |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Check | 0.00 | 0.00 |
| **Dir Dep Acct** | **Amount** | **YTD** |
| 5514 | 1,118.27 | 9,160.46 |
| **Dir Dep Total** | **1,118.27** | **9,160.46** |

---

**S & K HOLDINGS, INC.**
For the Benefit of

827

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Check date:    05/03/19

Pay to the order of: Nicole Williams                              $ ************0.00

**Zero    and    00/100***********************************************

Nicole Williams
58 Lloyd St
Bristol, PA 19007

Authorized Signature

---

PRN MEDICAL STAFFING OF LEWISTOWN
7 ORT VALLEY RD SUITE B
LEWISTOWN, PA 17044

Nicole Williams
58 Lloyd St
Bristol, PA 19007