IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: NICOLE D. WILLIAMS | ) | |
| **Debtor(s)** | ) | Case No.: 19-17367 (MDC) |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | Chapter 7 |
| **Movant** | ) | |
| | ) | Docket No. |
| v. | ) | |
| | ) | |
| NICOLE D. WILLIAMS | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| | ) | |
| | ) | |

### STIPULATION FOR RELIEF FROM AUTOMATIC STAY

Upon agreement between William E. Craig, Esquire, attorney for Credit Acceptance Corporation ("Credit Acceptance"), and Meghan Power, Esquire, attorney for the Debtor, the parties hereby stipulate;

**IT IS STIPULATED:**

1. That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2015 Honda Civic bearing vehicle identification number 19XFB2F97FE252270.

2. That the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit Credit Acceptance to pursue its rights in the personal property described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

3. That this Order shall become effective immediately, without regard to Bankr. R. Proc. 4001(a)(3).

4. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Stipulation:


/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtor


/s/ William E. Craig
William E. Craig, Esquire
Attorney for Credit Acceptance Corporation


/s/ Robert H. Holber
Robert H. Holber
Chapter 7 Trustee