```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                             Case No. 19-17367-mdc
Nicole D Williams                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR               Page 1 of 1            Date Rcvd: Feb 26, 2020
                          Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db           +Nicole D Williams,    58 Lloyd Street,    Bristol, PA 19007-3329
cr           +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
               Southfield, MI 48034-8331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Nicole D Williams brad@sadeklaw.com,  bradsadek@gmail.com
      ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
       ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: NICOLE D. WILLIAMS ) | |
| **Debtor(s)** ) | Case No.: 19-17367 (MDC) |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | Chapter 7 |
| **Movant** ) | |
| ) | Docket No. |
| v. ) | |
| ) | |
| NICOLE D. WILLIAMS ) | |
| **Respondent(s)** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor, filed on or about February 21, 2020 in the above matter is APPROVED.

Dated: February 26, 2020

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE